**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Veronica Denise DALE, Defendant– Appellant.**

**Nos. 12–12836, 12–12837
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 28, 2013.

Frank Phillip Cihlar, Michael C. Boteler, Gregory Victor Davis, Jason Poole, Damon Taaffe, U.S. Department of Justice, Washington, DC, George L. Beck, Jr., U.S. Attorney, Todd A. Brown, Jared H. Morris, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Thomas Martele Goggans, Law Office of Thomas Goggans, Montgomery, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, counsel for Veronica Denise Dale in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dale's convictions and sentence are **AFFIRMED.**

In light of this ruling, the government's motion to dismiss is **DENIED AS MOOT.**